UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>John Soto,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-04416<br><br>Chapter: 13<br>Honorable Eugene R. Wedoff |

**Order Granting Savannah Funding's Motion for Relief from the
Automatic Stay as to 175 Brianna Court, Von Ormy, Texas**

This matter having come to be heard on the motion (the "Motion") of Savannah Funding, LLC, to terminate the automatic stay with respect to enforcement of its state-law rights against 175 Brianna Court, Von Ormy, Texas (the "Property"); due notice of the Motion having been provided; and the Court having conducted a hearing on the Motion and being advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein;

2. The automatic stay is hereby modified so as to not restrain Savannah Funding from pursuing nonbankruptcy remedies with respect to the Property; and

3. The 14-day stay of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply to this order, and Savannah Funding LLC may immediately take any actions authorized by this order.

Enter:

Dated: 2/25/15

United States Bankruptcy Judge

**Prepared by:**
William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6146
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
jpaulsen@wfactorlaw.com

Rev: 20120501_bko